No. 3,864.—GEORGE JACK, Appellant, v. CHICAGO, MILWAUKEE & ST. PAUL RY. CO., Respondent.

*Appeal from District Court, Powell County; Geo. B. Winston, Judge.*

Decided December 14, 1916.

PER CURIAM.—Respondent's motion to dismiss the appeal from the order denying plaintiff's motion for a new trial is this

day, after due consideration, sustained, and the appeal from said order is accordingly dismissed. It is further ordered (May 28, 1917) that the appeal from the judgment herein be, and the same is hereby, dismissed.

*Mr. C. W. Keeley* and *Mr. S. P. Wilson,* for Appellant.

*Messrs. Scharnikow & Jordan,* for Respondent.